SALVATORE TOSTO, Appellant, *v.* MARRA BROS., INC., Respondent.

Argued May 18, 1949; decided June 2, 1949.

*Abraham Rotwein, Richard M. Cantor* and *Israel L. Glasser* for appellant.

*Joseph J. Brophy, Desmond T. Barry* and *Edward A. Shandell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE FULD and BROMLEY, JJ.